[No. 17893-1-II.   Division Two.   March 8, 1996.]

VENTURES NORTHWEST LIMITED PARTNERSHIP,
*Appellant*, v. THE STATE OF WASHINGTON, ET AL.,
*Respondents.*

IRVIN L. PARKHURST, ET AL., *Appellant*, v. THE STATE
OF WASHINGTON, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for
Mason County, No. 91-2-00466-1, Toni A. Sheldon, J.,
entered December 29, 1993. *Affirmed* by unpublished
opinion per Seinfeld, C.J., concurred in by Morgan and
Bridgewater, JJ. Now published at 81 Wn. App. 353.

[No. 17971-7-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. FAIMATA
AILAMA AIOLUPOTEA, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-04020-4, Waldo F. Stone, J., enteredFeb-
ruary 9, 1994. *Affirmed* by unpublished opinion perWig-
gins, J. Pro Tem., concurred in by Houghton, A.C.J., and
Morgan, J.

[No. 17972-5-II.   Division Two.   March 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
MARION WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-00631-6, Thomas A. Swayze, Jr., J.,
entered January 24, 1994. *Affirmed* by unpublished
opinion per Wiggins, J. Pro Tem., concurred in by Bridge-
water, J., and Fleisher, J. Pro Tem.